UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
JEFFREY KAPLAN,

                        Plaintiff,

   v.

COMMISSIONER OF SOCIAL SECURITY,

                        Defendant.
--------------------------------------------------------X

**STIPULATION AND ORDER REGARDING ATTORNEY FEES**

Civil Action No.
1:24-cv-04882-FB

The parties, through their attorneys, hereby stipulate that plaintiff is awarded:

1. $6,425.00 in attorney fees and expenses, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d); and

2. $405.00 in court costs, which shall be paid from the Judgment Fund pursuant to 28 U.S.C. § 1920.

It is further agreed that payment of fees will be made directly to plaintiff's attorney if plaintiff has agreed to assign his rights to EAJA fees to his attorney, and provided that plaintiff owes no debt that is subject to offset under the Treasury Offset Program.

| | |
|---|---|
| DANIEL A. OSBORN, ESQ. | JOHN J. DURHAM |
| Attorney for Plaintiff | United States Attorney |
| Osborn Law, P.C. | Eastern District of New York |
| 43 West 43rd Street, Suite 131 | 271 Cadman Plaza East, 7th Floor |
| New York, New York 10036 | Brooklyn, New York 11201 |
| */s/ Daniel A. Osborn* | */s/ Anne M. Zeigler* |
| Daniel A. Osborn | Anne M. Zeigler |
| Phone: 212-725-9800 | Special Assistant United States Attorney |
| Facsimile: 212-500-5115 | (816) 936-5761 |
| Email: info@osbornlawpc.com | anne.zeigler@ssa.gov |

SO ORDERED:

  /S/ Frederic Block  3-5-2025
_____
HONORABLE FREDERIC BLOCK
UNITED STATES DISTRICT JUDGE